**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| JOSHUA ASHLIMAN AND KELLY ASHLIMAN, EACH INDIVIDUALLY AND AS NEXT FRIENDS OF B.A., H.A., AND L.A.; MACKENZIE ASHLIMAN; SCOTT FOERSTER AND ALICIA FOERSTER, EACH INDIVIDUALLY AND AS NEXT FRIENDS OF S.F.; BAILEY FORE AND KRISTEN FOER, EACH INDIVIDUALLY AND AS NEXT FRIEND OF K.F. AND B.F.; SIR CHRISTOPHER HOLLAND AND ELISE HOLLAND, EACH INDIVIDUALLY AND AS NEXT FRIENDS OF S.C.H. AND V.P.; JUSTIN KRAFT AND KIMBERLY KRAFT, EACH INDIVIDUALLY AND AS NEXT FRIENDS OF K.K.; PATRICK MANNING AND NATALIA MANNING, EACH INDIVIDUALLY AND AS NEXT FRIENDS OF E.M.; RICHARD ROMETTY AND HEATHER ROMETTY, each individually and as next friends of M.R., A.R., AND A.R.; , <br><br> PLAINTIFFS, <br><br> V. <br><br> BALFOUR BEATTY COMMUNITIES LLC; LACKLAND FAMILY HOUSING, LLC D/B/A LACKLAND FAMILY HOMES; FORT BLISS/WHITE SANDS MISSILE RANGE HOUSING LP D/B/A FORT BLISS FAMILY HOMES; BBC MILITARY HOUSING - BLISS/WSMR GENERAL PARTNER LLC; AND BALFOUR BEATTY MILITARY HOUSING MANAGEMENT, LLC, <br><br> DEFENDANTS. | CASE NO. 5:22-CV-00106 |

**AGREED ORDER OF DISMISSAL AS TO PLAINTIFFS SIR CHRISTOPHER HOLLAND AND ELISE HOLLAND, AS NEXT FRIENDS OF S.C.H. AND V.P., WITHOUT PREJUDICE**

Plaintiffs Sir Christopher Holland and Elise Holland, as Next Friends of S.C.H. and V.P., by and through their undersigned counsel, seek to dismiss all claims brought by Sir Christopher Holland and Elise Holland, as Next Friends of S.C.H. and V.P., against all Defendants without prejudice. The Court, having considered the motion, and being further advised that the parties to this Order are in agreement, finds the unopposed motion well-taken.

IT IS THEREFORE ORDERED that all claims brought by Plaintiffs Sir Christopher Holland and Elise Holland, as Next Friends of S.C.H. and V.P., against all Defendants are DISMISSED WITHOUT PREJUDICE, with each party to bear its own fees and costs. Nothing in this order shall affect the claims of any other Plaintiff in this case.

SO ORDERED AND ADJUDGED, this __3rd__ day of _____March_____, 2023

HON. XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

**AGREED:**

*/s/ Jennifer A. Neal*
Mikal C. Watts, State Bar No. 20981820
Francisco Guerra, IV., State Bar No. 00796684
Robert Brzezinski, State Bar No. 00783746
Jennifer A. Neal, State Bar No. 24089834
**WATTS GUERRA LLP**
4 Dominion Dr., Bldg. 3, Suite 100
San Antonio, TX 78257
(210) 447-0500 Telephone
(210) 447-0501 Facsimile
E-Mail: mcwatts@wattsguerra.com
        fguerra@wattsguerra.com
        rbrzezinski@wattsguerra.com
        jneal@wattsguerra.com

Randall A. Pulman, State Bar No. 16393250
Ryan C. Reed, State Bar No. 24065957
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas  78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile
E-Mail: rpulman@pulmanlaw.com
          rreed@pulmanlaw.com

James. R. Moriarty, State Bar No. 14459000
**MORIARTY SKIVER PLLC**
4119 Montrose, Suite 250
Houston, Texas 77006
(713) 528-0700 Telephone
(713) 528-1390 Facsimile
E-Mail: jim@moriarty.com

*Attorneys for Plaintiffs*


By: */s/ Tina A. Syring-Petrocchi*
Alejandro Caraveo, Jr.
TX State Bar No. 24101086
Alejandro.Caraveo@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
2100 Ross Avenue, Suite 200
Dallas, TX 75201

Richard G. Morgan (*pro hac vice*)
richard.morgan@lewisbrisbois.com
Carli D. Pearson (*pro hac vice*)
carli.pearson@lewisbrisbois.com
Tina A. Syring (*pro hac vice*)
tina.syring@lewisbrisbois.com
Kyle D. Nelson (*pro hac vice*)
kyle.nelson@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Wells Fargo Center
90 South 7th Street, Suite 2800
Minneapolis, Minnesota 55402

Robert E. Valdez
revaldez@valdeztrevino.com
**VALDEZ & TREVINO ATTORNEYS AT LAW, P.C.**

8023 Vantage Drive, Suite 700
San Antonio, TX 78230

*Attorneys for Defendants Balfour Beatty Communities LLC; Lackland Family Housing, LLC D/B/A Lackland Family Homes; Fort Bliss/White Sands Missile Range Housing LP D/B/A Fort Bliss Family Homes; BBC Military Housing – Bliss/WSMR General Partner LLC; Balfour Beatty Military Housing Management, LLC*